William B. Ingram, #10803   wingram@strongandhanni.com
Spencer W. Young, #16993   syoung@strongandhanni.com
Connor J. Keller, #18440    ckeller@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUMMIT MOUNTAIN HOLDING GROUP, L.L.C., a Utah Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> SUMMIT VILLAGE DEVELOPMENT LENDER 1, LLC, a Delaware Limited Liability Company; GRAND CANYON DEVELOPMENT HOLDINGS 3 LLC, an Arizona Limited Liability Company; and DOES 1 through 10, <br><br> Defendants. | **APPENDIX OF EXHIBITS** <br><br> Case No. 1:21-CV-00110-BSJ <br><br> Judge Bruce S. Jenkins |

Pursuant to Local Rule DUCivR 56-1(e), Plaintiff Summit Mountain Holding Group, L.L.C. ("Plaintiff"), by and through its counsel, Strong & Hanni law firm, hereby provides an appendix of its exhibits,[1] as follows:

---

[1] Although certain of these exhibits are marked "Confidential Information," they have already been publicly filed by the parties or are otherwise not subject to the protections of the Court's Standard

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 1 | Loan Agreement | SMHG002872-SMHG002979 | Plaintiff |
| 2 | First Amendment to Loan Agreement | SMHG002841-SMHG002847 | Plaintiff |
| 3 | Second Amendment to Loan Agreement | SMHG002856-SMHG002863 | Plaintiff |
| 4 | Third Amendment to Loan Agreement | SMHG002820-SMHG002828 | Plaintiff |
| 5 | Fourth Amendment to Loan Agreement | SMHG002848-SMHG002855 | Plaintiff |
| 6 | Fifth Amendment to Loan Agreement | SMHG002829-SMHG002840 | Plaintiff |
| 7 | Equity Requirement Guaranty | SMHG002864-SMHG002871 | Plaintiff |
| 8 | Defendants' Responses and Objections to Plaintiff's First Set of Discovery Requests | Served March 28, 2022 | Defendants |
| 9 | Transcript of Consolidated Deposition of Tang Tang, KT Capital Group, LLC, and KT Summit Development Manager, LLC | Taken February 24, 2023 | Deposition |
| 10 | Transcript of Consolidated Deposition of Jeffrey Cheung, Summit Village Development Lender 1, LLC, and Grand Canyon Development Holdings 3 LLC | Taken April 5, 2023 | Deposition |
| 11 | Class A Management Agreement | LENDERS_0003244-LENDERS_0003258 | Defendants |
| 12 | Class B Management Agreement | LENDERS_0002489-LENDERS_0002506 | Defendants |
| 13 | Amended and Restated Operating Agreement of Summit Village Development Lender 1, LLC | LENDERS_0002622-LENDERS_0002673 | Defendants |

Protective Order under DUCivR 26-1. Certain other exhibits are filed under seal, and placeholders are included with the publicly filed version of this Appendix.

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 14 | Letter of Intent Between KT Capital Group, LLC, and Summit Village Development Lender 1, LLC | LENDERS_0005098-LENDERS_0005014 | Defendants |
| 15 | Original Confidential Private Placement Memorandum | LENDERS_0003924-LENDERS_0004044 | Defendants |
| 16 | Amended and Restated Confidential Private Placement Memorandum | LENDERS_0003577-LENDERS_0003797 | Defendants |
| 17 | March 7, 2016 E-mail from Tang Tang | SMHG015200-SMHG015201 | Plaintiff |
| 18 | March 15, 2016 E-mail from Tom Jolley | LENDERS_0008640-LENDERS_0008641 | Defendants |
| 19 | Expert Witness Report of Matt H. Connors | Served December 21, 2022 | Plaintiff |
| 20 | Transcript of Consolidated Deposition of Alex Shing and Cottonwood Management, LLC | Taken March 17, 2023 | Deposition |
| 21 | Loan Servicing Agreement Between the Lender and Cottonwood | LENDERS_0125497-LENDERS_0125516 | Defendants |
| 22 | November 20, 2017 E-mail Exchange Between Jeffrey Cheung of Celona and James Yuan of Cottonwood | LENDERS_0104119-LENDERS_0104125 | Defendants |
| 23 | February 1, 2020 E-mail from Celona | LENDERS_0010996 | Defendants |
| 24 | E-mail from Shaun Mulreed on December 1, 2016, Attaching Request for Advance #4 and Equity Prove-Up Spreadsheet | SMHG112121-SMHG112126 | Plaintiff |
| 25 | E-mail from Shaun Mulreed on January 10, 2017, Attaching Request for Advance #5 and Equity Prove-Up Spreadsheet | SMHG079115-SMHG079120 | Plaintiff |
| 26 | E-mail from Shaun Mulreed on February 2, 2017, Attaching Request for Advance #6 and Equity Prove-Up Spreadsheet | SMHG079225-SMHG079230 | Plaintiff |

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 27 | E-mail from Shaun Mulreed on April 13, 2017, Attaching Request for Advance #7, Equity Prove-Up Spreadsheet, and Invoices | SMHG079289-SMHG079305 | Plaintiff |
| 28 | E-mail from Shaun Mulreed on June 22, 2017, Attaching Request for Advance #9, Equity Prove-Up Spreadsheet, and Invoices | SMHG079345-SMHG079371 | Plaintiff |
| 29 | E-mail from Shaun Mulreed on January 31, 2018, Attaching Request for Advance #11 and Equity Prove-Up Spreadsheet | SMHG132939-SMHG132947 | Plaintiff |
| 30 | E-mail from Shaun Mulreed on April 5, 2018, Attaching Request for Advance #12 and Equity Prove-Up Spreadsheet | SMHG133634-SMHG133642 | Plaintiff |
| 31 | E-mail from Shaun Mulreed on July 8, 2018, Attaching Request for Advance #13 and Equity Prove-Up Spreadsheet | SMHG134379-SMHG134385 | Plaintiff |
| 32 | E-mail from Shaun Mulreed on January 2, 2019, Attaching Request for Advance #14 and Equity Prove-Up Spreadsheet | SMHG136577-SMHG136584 | Plaintiff |
| 33 | E-mail from Shaun Mulreed on February 15, 2019, Attaching Request for Advance #15 and Equity Prove-Up Spreadsheet | SMHG136835-SMHG136841 | Plaintiff |
| 34 | E-mail from Shaun Mulreed on September 17, 2019, Attaching Request for Advance #16 and Equity Prove-Up Spreadsheet | SMHG136451-SMHG136457 | Plaintiff |
| 35 | E-mail from Shaun Mulreed on December 9, 2019, Attaching Request for Advance #17, Equity Prove-Up Spreadsheet, and Invoices | SMHG136424-SMHG136432 | Plaintiff |
| 36 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 23 | SMHG112126 | Plaintiff |
| 37 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 24 | SMHG079120 | Plaintiff |

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 38 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 25 | SMHG079230 | Plaintiff |
| 39 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 26 | SMHG079295 | Plaintiff |
| 40 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 27 | SMHG079346 | Plaintiff |
| 41 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 28 | SMHG132943 | Plaintiff |
| 42 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 29 | SMHG133642 | Plaintiff |
| 43 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 30 | SMHG134380 | Plaintiff |
| 44 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 31 | SMHG136579 | Plaintiff |
| 45 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 32 | SMHG136836 | Plaintiff |
| 46 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 33 | SMHG136542 | Plaintiff |
| 47 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 34 | SMHG136432 | Plaintiff |
| 48 | September 25, 2017 E-mail Exchange Between Tang Tang of KT Capital/KT Summit and David Finkelstein of AIG | LENDERS_0088551-LENDERS_0088552 | Defendants |
| 49 | April 18, 2018 E-mail Exchange Between Tang Tang of KT Capital/KT Summit, James Yuan of Cottonwood, and Others | LENDERS_0012387-LENDERS_0012391 | Defendants |
| 50 | August 9, 2016 E-mail from Shaun Mulreed | SMHG102346 | Plaintiff |
| 51 | January 4, 2017 E-mail Exchange Between Tang Tang of KT Capital/KT Summit, Elliot Winer, and Others | SMHG094573-SMHG094582 | Plaintiff |

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 52 | January 6, 2020 E-mail Exchange Between James Yuan of Cottonwood and Shaun Mulreed of Plaintiff | LENDERS_0086095-LENDERS_0086096 | Defendants |
| 53 | Defendants' Supplemental Responses and Objections to Plaintiff's Second Set of Discovery Requests | Served April 14, 2023 | Defendants |
| 54 | Defendants' July 6, 2021 Notice of Default Under Amended and Restated Guaranty | SMHG002980-SMHG002985 | Plaintiff |
| 55 | August 27, 2018 E-mail from James Yuan | LENDERS_0101627 | Defendants |
| 56 | Declaration of Gregory V. Mauro | May 5, 2023 | Plaintiff |

DATED this 5th day of May, 2023.

                              STRONG & HANNI

                              */s/ Spencer W. Young*
                              William B. Ingram
                              Spencer W. Young
                              Connor J. Keller
                              *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 5th day of May, 2023, a true and correct copy of the foregoing APPENDIX OF EXHIBITS, with any exhibits and attachments, was served upon the following by the method respectively indicated below:

| | |
|---|---|
| Matthew L. Lalli | (  ) U.S. Mail, Postage Prepaid |
| mlalli@swlaw.com | (  ) Hand Delivery |
| Jeremy J. Stewart | (  ) Overnight Mail |
| jjstewart@swlaw.com | (  ) Facsimile |
| Aline Marie H. Longstaff | (X) Electronic Filing |
| alongstaff@swlaw.com | (  ) E-mail |
| SNELL & WILMER L.L.P. | |
| 15 West South Temple, Suite 1200 | |
| Salt Lake City, UT 84101-1531 | |
| Telephone: (801) 257-1900 | |

*Attorney for Defendants*

| | |
|---|---|
| Jordan D. Beltz | (  ) U.S. Mail, Postage Prepaid |
| jbeltz@kasowitz.com | (  ) Hand Delivery |
| Andrew W. Breland | (  ) Overnight Mail |
| abreland@kasowitz.com | (  ) Facsimile |
| KASOWITZ BENSON TORRES LLP | (X) Electronic Filing |
| 1633 Broadway | (  ) E-mail |
| New York, NY 10019 | |
| Telephone: (212) 506-1700 | |

*Attorneys for Defendants*

| | |
|---|---|
| Uri A. Itkin | (  ) U.S. Mail, Postage Prepaid |
| uitkin@akingump.com | (  ) Hand Delivery |
| AKIN GUMP STRAUSS HAUR & FELD LLP | (  ) Overnight Mail |
| One Bryant Park | (  ) Facsimile |
| New York, NY 10036 | (X) Electronic Filing |
| Telephone: (212) 872-1000 | (  ) E-mail |

*Attorneys for Defendants*

>*/s/ Kaylee Haines*
>Kaylee Haines
>*Legal Assistant*