William B. Ingram, #10803    wingram@strongandhanni.com
Spencer W. Young, #16993    syoung@strongandhanni.com
Connor J. Keller, #18440     ckeller@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for Plaintiff*

---

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SUMMIT MOUNTAIN HOLDING GROUP, L.L.C., a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT VILLAGE DEVELOPMENT LENDER 1, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | **APPENDIX OF EXHIBITS**<br><br>Case No. 1:21-CV-00110-DBB-JCB<br><br>Judge David B. Barlow<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Local Rule DUCivR 56-1(e), Plaintiff Summit Mountain Holding Group, L.L.C. ("Plaintiff"), by and through its undersigned counsel, Strong & Hanni law firm, hereby provides an appendix of its exhibits,[1] as follows:

---

[1] Although certain of these exhibits are marked "Confidential Information," they have already been publicly filed by the parties or are otherwise not subject to the protections of the Court's Standard Protective Order under DUCivR 26-1. Certain other exhibits are filed under seal, and placeholders are included with the publicly filed version of this Appendix.

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 1 | Loan Agreement | SMHG002872-SMHG002979 | Plaintiff |
| 2 | First Amendment to Loan Agreement | SMHG002841-SMHG002847 | Plaintiff |
| 3 | Second Amendment to Loan Agreement | SMHG002856-SMHG002863 | Plaintiff |
| 4 | Third Amendment to Loan Agreement | SMHG002820-SMHG002828 | Plaintiff |
| 5 | Fourth Amendment to Loan Agreement | SMHG002848-SMHG002855 | Plaintiff |
| 6 | Fifth Amendment to Loan Agreement | SMHG002829-SMHG002840 | Plaintiff |
| 7 | Equity Requirement Guaranty | SMHG002864-SMHG002871 | Plaintiff |
| 8 | Defendants' Responses and Objections to Plaintiff's First Set of Discovery Requests | Served March 28, 2022 | Defendants |
| 9 | Transcript of Consolidated Deposition of Tang Tang, KT Capital Group, LLC, and KT Summit Development Manager, LLC | Taken February 24, 2023 | Deposition |
| 10 | Transcript of Consolidated Deposition of Jeffrey Cheung, Summit Village Development Lender 1, LLC, and Grand Canyon Development Holdings 3 LLC | Taken April 5, 2023 | Deposition |
| 11 | Class A Management Agreement | LENDERS_0003244-LENDERS_0003258 | Defendants |
| 12 | Class B Management Agreement | LENDERS_0002489-LENDERS_0002506 | Defendants |
| 13 | Amended and Restated Operating Agreement of Summit Village Development Lender 1, LLC | LENDERS_0002622-LENDERS_0002673 | Defendants |

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 14 | Letter of Intent Between KT Capital Group, LLC, and Summit Village Development Lender 1, LLC | LENDERS_0005098-LENDERS_0005014 | Defendants |
| 15 | Original Confidential Private Placement Memorandum | LENDERS_0003924-LENDERS_0004044 | Defendants |
| 16 | Amended and Restated Confidential Private Placement Memorandum | LENDERS_0003577-LENDERS_0003797 | Defendants |
| 17 | March 7, 2016 E-mail from Tang Tang | SMHG015200-SMHG015201 | Plaintiff |
| 18 | March 15, 2016 E-mail from Tom Jolley | LENDERS_0008640-LENDERS_0008641 | Defendants |
| 19 | Expert Witness Report of Matt H. Connors | Served December 21, 2022 | Plaintiff |
| 20 | Transcript of Consolidated Deposition of Alex Shing and Cottonwood Management, LLC | Taken March 17, 2023 | Deposition |
| 21 | Loan Servicing Agreement Between the Lender and Cottonwood | LENDERS_0125497-LENDERS_0125516 | Defendants |
| 22 | November 20, 2017 E-mail Exchange Between Jeffrey Cheung of Celona and James Yuan of Cottonwood | LENDERS_0104119-LENDERS_0104125 | Defendants |
| 23 | February 1, 2020 E-mail from Celona | LENDERS_0010996 | Defendants |
| 24 | E-mail from Shaun Mulreed on December 1, 2016, Attaching Request for Advance #4 and Equity Prove-Up Spreadsheet | SMHG112121-SMHG112126 | Plaintiff |
| 25 | E-mail from Shaun Mulreed on January 10, 2017, Attaching Request for Advance #5 and Equity Prove-Up Spreadsheet | SMHG079115-SMHG079120 | Plaintiff |
| 26 | E-mail from Shaun Mulreed on February 2, 2017, Attaching Request for Advance #6 and Equity Prove-Up Spreadsheet | SMHG079225-SMHG079230 | Plaintiff |

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 27 | E-mail from Shaun Mulreed on April 13, 2017, Attaching Request for Advance #7, Equity Prove-Up Spreadsheet, and Invoices | SMHG079289-SMHG079305 | Plaintiff |
| 28 | E-mail from Shaun Mulreed on June 22, 2017, Attaching Request for Advance #9, Equity Prove-Up Spreadsheet, and Invoices | SMHG079345-SMHG079371 | Plaintiff |
| 29 | E-mail from Shaun Mulreed on January 31, 2018, Attaching Request for Advance #11 and Equity Prove-Up Spreadsheet | SMHG132939-SMHG132947 | Plaintiff |
| 30 | E-mail from Shaun Mulreed on April 5, 2018, Attaching Request for Advance #12 and Equity Prove-Up Spreadsheet | SMHG133634-SMHG133642 | Plaintiff |
| 31 | E-mail from Shaun Mulreed on July 8, 2018, Attaching Request for Advance #13 and Equity Prove-Up Spreadsheet | SMHG134379-SMHG134385 | Plaintiff |
| 32 | E-mail from Shaun Mulreed on January 2, 2019, Attaching Request for Advance #14 and Equity Prove-Up Spreadsheet | SMHG136577-SMHG136584 | Plaintiff |
| 33 | E-mail from Shaun Mulreed on February 15, 2019, Attaching Request for Advance #15 and Equity Prove-Up Spreadsheet | SMHG136835-SMHG136841 | Plaintiff |
| 34 | E-mail from Shaun Mulreed on September 17, 2019, Attaching Request for Advance #16 and Equity Prove-Up Spreadsheet | SMHG136451-SMHG136457 | Plaintiff |
| 35 | E-mail from Shaun Mulreed on December 9, 2019, Attaching Request for Advance #17, Equity Prove-Up Spreadsheet, and Invoices | SMHG136424-SMHG136432 | Plaintiff |
| 36 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 23 | SMHG112126 | Plaintiff |
| 37 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 24 | SMHG079120 | Plaintiff |

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 38 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 25 | SMHG079230 | Plaintiff |
| 39 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 26 | SMHG079295 | Plaintiff |
| 40 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 27 | SMHG079346 | Plaintiff |
| 41 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 28 | SMHG132943 | Plaintiff |
| 42 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 29 | SMHG133642 | Plaintiff |
| 43 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 30 | SMHG134380 | Plaintiff |
| 44 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 31 | SMHG136579 | Plaintiff |
| 45 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 32 | SMHG136836 | Plaintiff |
| 46 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 33 | SMHG136542 | Plaintiff |
| 47 | Print-Out of Equity Prove-Up Spreadsheet Attached to Exhibit 34 | SMHG136432 | Plaintiff |
| 48 | September 25, 2017 E-mail Exchange Between Tang Tang of KT Capital/KT Summit and David Finkelstein of AIG | LENDERS_0088551-LENDERS_0088552 | Defendants |
| 49 | April 18, 2018 E-mail Exchange Between Tang Tang of KT Capital/KT Summit, James Yuan of Cottonwood, and Others | LENDERS_0012387-LENDERS_0012391 | Defendants |
| 50 | August 9, 2016 E-mail from Shaun Mulreed | SMHG102346 | Plaintiff |
| 51 | January 4, 2017 E-mail Exchange Between Tang Tang of KT Capital/KT Summit, Elliot Winer, and Others | SMHG094573-SMHG094582 | Plaintiff |

| No. | Description | Bates Numbers/Date | Source |
|---|---|---|---|
| 52 | January 6, 2020 E-mail Exchange Between James Yuan of Cottonwood and Shaun Mulreed of Plaintiff | LENDERS_0086095-LENDERS_0086096 | Defendants |
| 53 | Defendants' Supplemental Responses and Objections to Plaintiff's Second Set of Discovery Requests | Served April 14, 2023 | Defendants |
| 54 | Defendants' July 6, 2021 Notice of Default Under Amended and Restated Guaranty | SMHG002980-SMHG002985 | Plaintiff |
| 55 | August 27, 2018 E-mail from James Yuan | LENDERS_0101627 | Defendants |
| 56 | Declaration of Gregory V. Mauro | May 5, 2023 | Plaintiff |
| 57 | June 24, 2016 E-mail Exchange Between Tang Tang and Greg Mauro | LENDERS_0095994-LENDERS_0095996 | Defendants |

DATED this 21st day of February, 2024.

STRONG & HANNI

/s/ Spencer W. Young
William B. Ingram
Spencer W. Young
Connor J. Keller
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of February, 2024, a true and correct

copy of the foregoing APPENDIX OF EXHIBITS, with any exhibits and attachments, was served

upon the following by the method respectively indicated below:

| | | |
|---|---|---|
| Matthew L. Lalli | ( ) | U.S. Mail, Postage Prepaid |
|     mlalli@swlaw.com | ( ) | Hand Delivery |
| Jeremy J. Stewart | ( ) | Overnight Mail |
|     jjstewart@swlaw.com | ( ) | Facsimile |
| Aline Marie H. Longstaff | (X) | Electronic Filing |
|     alongstaff@swlaw.com | ( ) | E-mail |
| SNELL & WILMER L.L.P. | | |
| 15 West South Temple, Suite 1200 | | |
| Salt Lake City, UT 84101-1531 | | |
| Telephone: (801) 257-1900 | | |

*Attorney for Defendants*

| | | |
|---|---|---|
| Jordan D. Beltz | ( ) | U.S. Mail, Postage Prepaid |
|     jbeltz@kasowitz.com | ( ) | Hand Delivery |
| Andrew W. Breland | ( ) | Overnight Mail |
|     abreland@kasowitz.com | ( ) | Facsimile |
| KASOWITZ BENSON TORRES LLP | (X) | Electronic Filing |
| 1633 Broadway | ( ) | E-mail |
| New York, NY 10019 | | |
| Telephone: (212) 506-1700 | | |

*Attorneys for Defendants*

| | | |
|---|---|---|
| Uri A. Itkin | ( ) | U.S. Mail, Postage Prepaid |
|     uitkin@akingump.com | ( ) | Hand Delivery |
| AKIN GUMP STRAUSS HAUR & FELD LLP | ( ) | Overnight Mail |
| One Bryant Park | ( ) | Facsimile |
| New York, NY 10036 | (X) | Electronic Filing |
| Telephone: (212) 872-1000 | ( ) | E-mail |

*Attorneys for Defendants*

_/s/_
Kaylee Haines
_Legal Assistant_

8