# FOURTH AMENDMENT TO
# LOAN AGREEMENT AND OTHER LOAN DOCUMENTS

among

**SMHG VILLAGE DEVELOPMENT LLC,**

a Delaware limited liability company,

as Borrower

and

**SUMMIT VILLAGE DEVELOPMENT LENDER 1, LLC,**

a Delaware limited liability company,

as a Lender

and

**GRAND CANYON DEVELOPMENT HOLDINGS 3 LLC,**

an Arizona limited liability company,

as an Additional Lender

Dated as of May 24, 2018

107189055

CONFIDENTIAL INFORMATION                                         SMHG002848

## FOURTH AMENDMENT TO LOAN AGREEMENT
## AND OTHER LOAN DOCUMENTS

THIS FOURTH AMENDMENT TO LOAN AGREEMENT AND OTHER LOAN DOCUMENTS (this "Amendment") is dated as of May 24, 2018, by and among SMHG VILLAGE DEVELOPMENT LLC, a Delaware limited liability company ("Borrower"), SUMMIT VILLAGE DEVELOPMENT LENDER 1, LLC, a Delaware limited liability company, as a Lender and as collateral agent for itself and the Additional Lenders (as defined below) ("Lender"), and GRAND CANYON DEVELOPMENT HOLDINGS 3 LLC, an Arizona limited liability company ("GCDH3").

### RECITALS:

Borrower and Lender entered into that certain Loan Agreement, dated as of June 28, 2016, as amended pursuant to the First Amendment to Loan Agreement and Other Loan Documents dated as of September 23, 2016, the Second Amendment to Loan Agreement and Other Loan Documents dated as of October 31, 2017, and the Third Amendment to Loan Agreement and Other Loan Documents dated as of Mach 2, 2018 (as so amended, and together with any other amendments, modifications, restatements and renewals from time to time, the "Loan Agreement"), whereby Lender has agreed to make available a secured loan (the "Loan") to Borrower in the aggregate principal amount of One Hundred Twenty Million and 00/100 Dollars ($120,000,000.00), evidenced by the Note. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Loan Agreement.

Borrower, Lender and GCDH3 have agreed to modify certain provisions of the Loan Documents in the manner hereinafter set forth.

NOW, THEREFORE, Borrower, Lender and GCDH3 desire to enter into this Amendment in order to modify certain provisions of the Loan Documents. This Amendment is a "writing" referred to in Section 9.13 of the Loan Agreement.

### AGREEMENTS:

Accordingly, in consideration of the mutual agreements set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto covenant and agree as follows:

1. Exhibit K attached to this Amendment is hereby added to the Loan Agreement as Exhibit K thereto.

2. All references to "this Agreement" or the "Loan Agreement" in the Loan Documents are hereby amended to mean the Loan Agreement, as amended by this Amendment and as the same may be further amended from time to time.

CONFIDENTIAL INFORMATION                                                                                               SMHG002849

3. Lender and GCDH3 acknowledge that Borrower and Summit Mountain Holding Group, L.L.C., a Utah limited liability company ("Sponsor"), have entered into a Development Management Agreement dated as of May 21, 2018 (the "Development Agreement"), regarding development services for the Project. Prior to the next Advance, Borrower and Sponsor shall execute and deliver an assignment and subordination of development agreement in the form requested by Lender and GCDH3 with respect to the Development Agreement.

4. Summit Mountain Holding Group, L.L.C., a Utah limited liability company ("Guarantor"), has executed and delivered this Amendment as "Guarantor" under the Environmental Indemnity, the Early Release Guaranty, the Shortfall Guaranty and the Recourse Indemnity for the purpose of ratifying and confirming, and does hereby ratify and confirm, the Environmental Indemnity, the Early Release Guaranty, the Shortfall Guaranty and the Recourse Indemnity and confirming, and does hereby confirm, that, notwithstanding that the Loan Documents have been amended by this Amendment, (i) the Environmental Indemnity, the Early Release Guaranty, the Shortfall Guaranty and the Recourse Indemnity remain in full force and effect in accordance with their respective terms and (ii) as of the date hereof, Guarantor has no defense to the enforcement of its obligations and liabilities under the Environmental Indemnity, the Early Release Guaranty, the Shortfall Guaranty or the Recourse Indemnity or any claim or counterclaim against Lender.

5. Borrower acknowledges that nothing contained herein shall be construed to relieve Borrower from its obligations under the Loan Agreement and the other Loan Documents. Borrower further acknowledges the lien of the Mortgage to be a valid and existing first lien on the Project, and the liens of the Mortgage and other Loan Documents are hereby agreed to continue in full force and effect, unaffected and unimpaired by this Amendment.

6. Borrower agrees to pay all fees, costs and expenses (including, without limitation, Lender's attorneys' fees and expenses) paid or incurred by Lender in connection with this Amendment.

7. In the event of any conflict or ambiguity between the terms, covenants and conditions of this Amendment and those of the Loan Agreement and the other Loan Documents, the terms, covenants and conditions of this Amendment shall control.

8. Except as herein modified and amended, all of the terms, covenants and conditions of the Loan Agreement and the other Loan Documents shall remain in full force and effect and Borrower and Guarantor hereby represent, warrant and covenant that each and every representation and warranty contained in the Loan Documents is (i) true and correct as of the date hereof (except if any such representation is made as of a certain date, then as of such date) and (ii) incorporated herein in full by reference as if fully restated herein in its entirety.

9. All of the terms, covenants and conditions of the Loan Agreement and the other Loan Documents, as the same may be amended as of the date hereof, remain in full force and effect and Borrower and Guarantor hereby ratify and confirm all of their respective covenants, obligations, duties, liabilities, indemnities and guarantees thereunder.

CONFIDENTIAL INFORMATION                                                                                                       SMHG002850

10. Borrower represents, warrants and covenants that as of the date hereof: (i) this Amendment, the Loan Agreement and the other Loan Documents are valid, binding and enforceable in accordance with their respective terms and conditions, (ii) there are no offsets, counterclaims or defenses which may be asserted with respect to this Amendment, the Loan Agreement or any of the other Loan Documents, or which may in any manner affect the collection or collectability of the principal, interest and other sums evidenced and secured by this Amendment, the Loan Agreement or any of the other Loan Documents, nor is there any basis whatsoever for any such offset, counterclaim or defense as of the date hereof, (iii) Borrower and Guarantor (and the undersigned representative(s) of Borrower and Guarantor) have full power, authority and legal right to execute this Amendment and to keep and observe all of the terms of this Amendment, the Loan Agreement and the other Loan Documents on Borrower's and Guarantor's part to be observed and performed and (iv) no Default or Event of Default now exists.

11. The amendments set forth herein are limited precisely as written and shall not be deemed to (a) be a consent to or a waiver of any other term or condition of the Loan Agreement or any of the other Loan Documents or (b) prejudice any right or rights which Lender may now have or may have in the future under or in connection with the Loan Agreement, as amended hereby, or any other Loan Document, as amended hereby.

12. This Amendment may not be modified, amended, waived, changed or terminated orally, but only by an agreement in writing signed by the party against whom the enforcement of the modification, amendment, waiver, change or termination is sought.

13. This Amendment shall be binding upon and inure to the benefit of Borrower, Guarantor and Lender and their respective successors and assigns. This Amendment shall, for all purposes, be and constitute a Loan Document.

14. This Amendment may be executed in any number of duplicate originals and each such duplicate original shall be deemed to constitute but one and the same instrument.

15. If any term, covenant or condition of this Amendment shall be held to be invalid, illegal or unenforceable in any respect, this Amendment shall be construed without such provision.

16. This Amendment shall be construed and enforced in accordance with the laws of the State of New York and the applicable laws of the United States of America.

*(signatures appear on the following page)*

CONFIDENTIAL INFORMATION                                                            SMHG002851

IN WITNESS WHEREOF, the parties hereto have duly executed and delivered this Amendment as of the date and year first above written.

LENDER:  **SUMMIT VILLAGE DEVELOPMENT LENDER 1, LLC**, a Delaware limited liability company

By: Celona Asset Management (USA) Limited, its Class B Manager

By: _/s/ Max Huang_
Name: Max Huang
Title: Authorized Signatory

GCDH3:  **GRAND CANYON DEVELOPMENT HOLDINGS 3 LLC**, an Arizona limited liability company

By: Celona Asset Management (USA) Limited, its Class B Manager

By: _/s/ Max Huang_
Name: Max Huang
Title: Authorized Signatory

*(signatures continue on following page)*

S-1

107189055

CONFIDENTIAL INFORMATION        SMHG002852

BORROWER:    **SMHG VILLAGE DEVELOPMENT LLC,**
a Delaware limited liability company

By:    SMHG Investments LLC, a Delaware
limited liability company, its Sole Member

By: _____
Shaun Mulreed
Authorized Signatory

GUARANTOR:    **SUMMIT MOUNTAIN HOLDING GROUP,**
L.L.C., a Utah limited liability company

By:    Summit Revolution LLC, a Delaware
limited liability company, its Sole Member

By: _____
Shaun Mulreed
Authorized Signatory

CONFIDENTIAL INFORMATION    SMHG002853

### Exhibit K

### Release Price Schedule

| | Lot No | BSF | Release Price | Notes |
|---|---|---|---|---|
| | \multicolumn{4}{c}{**Horizon**} | |
| **Reserved** | | | | |
| | 106 | 1956 | $ 246,840.00 | |
| | 107 | 1919 | $ 512,847.50 | To be satisfied by a PPM Credit of $512,847.50 |
| | 110 | 1956 | $ 514,590.00 | |
| | 113 | 1291 | $ 168,427.50 | |
| | 116 | 1291 | $ 413,120.00 | |
| | 119 | 1291 | $ 413,120.00 | |
| | 127 | 1291 | $ 419,575.00 | To be satisfied by a PPM Credit of $495,000.00 |
| | 128 | 1956 | $ 438,090.00 | |
| | Subtotal | | $ 3,126,610.00 | |
| **Available Units** | | | | |
| | 102 | 1919 | $ 623,675.00 | |
| | 105 | 3009 | $ 977,925.00 | |
| | 108 | 3009 | $ 977,925.00 | |
| | 109 | 1956 | $ 635,700.00 | |
| | 112 | 1956 | $ 635,700.00 | |
| | 114 | 1919 | $ 623,675.00 | |
| | 115 | 1919 | $ 623,675.00 | |
| | 117 | 1956 | $ 635,700.00 | |
| | 118 | 1919 | $ 623,675.00 | |
| | 121 | 1291 | $ 419,575.00 | |
| | 122 | 1956 | $ 635,700.00 | |
| | 125 | 1919 | $ 623,675.00 | |
| | 129 | 1291 | $ 419,575.00 | |
| | 130 | 1919 | $ 623,675.00 | |
| | 131 | 3009 | $ 977,925.00 | |
| | Subtotal | | $ 10,057,775.00 | |
| | Total Horizon Release Price | | $ 13,184,385.00 | |

107189055

CONFIDENTIAL INFORMATION                                                                                                          SMHG002854

|  | Lot No | BSF | Release Price | Notes |
|---|---|---|---|---|
|  | **Spring Park** | | | |
| **Available Unit** | | | | |
|  | 76R | 48500 | $ 5,621,000.00 |  |
|  | Subtotal | | $ 5,621,000.00 |  |
| Total Spring Park Release Price | | | $ 5,621,000.00 |  |

Exhibit K-2

107189055

CONFIDENTIAL INFORMATION                                    SMHG002855