**From:** Tang Tang <tang@ktcapitalgroup.com>
**To:** Tom Jolley <tom@summit.co>, Greg Mauro <greg@summit.co>, Ryan Kelly <rkelly@summit.co>
**Cc:** Ryan Berschneider <ryan@cottonwoodmgmt.com>, Michael Phillips <mike@cottonwoodmgmt.com>
**Subject:** HG Summit training feedback
**Date:** Mon, 7 Mar 2016 10:37:02 -0800

---

Hi Tom and Ryan,

HG has some questions that they are looking for some clarification on and I think on some of them you guys would be in the best position to be able to answer them at this point. This is also in an effort to get as many questions answered as we can prior to Tom's visit to China.

Can you guys take a look at the questions and give us your thoughts (direct copy from HG email):

1) RC history, any past I-526 approvals? (I know they have done a Marriott project in Utah, but please check when they filed the cases and have they received the I-526 approval yet)

2) The surrounding environment of the ski resort, is there any existing hotels or condos nearby? what is the occupancy rate? (better to have data source)

3) In the BP, it mentions a Six Sense hotel is being built near summit village, can you provide the term sheet and as well what hotels will be on the EB-5 project (please also provide term sheet)?

4) The ski season is for how long? Start from which month?

5) When will the rest of developer's fund be in place? (question we discussed on wechat)

6) About the assessment bond, please provide some instructions of how this works. (many consultants are not familiar with this type of bond)

As you can see #5 and 6 are coming up time and time again and I think we had addressed #5 previously on a call and agreed that the developer equity of the approximately $4mm would be funded pro-rata with the EB-5 disbursements? We need to work out the details but if this is still the case then we can let HG know that.

Thanks!

**Tang T.**

KT Capital Group, LLC

direct: 213 222 6803

fax: 810 222 6806

email: tang@ktcapitalgroup.com

website: ktcapitalgroup.com | usrcgroup.com

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of KT Capital Group, LLC, its subsidiaries and affiliates. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.

CONFIDENTIAL INFORMATION                                                                                                     SMHG015201