Matthew L. Lalli (6105)
Jeremy J. Stewart (12247)
Aline Marie H. Longstaff (16089)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1531
Telephone: (801) 257-1900
Email: mlalli@swlaw.com
jjstewart@swlaw.com
alongstaff@swlaw.com

*Attorneys for Defendant Summit Village
Development Lender 1, LLC*

Jordan D. Beltz (*pro hac vice*)
Andrew W. Breland (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Email: jbeltz@kasowitz.com
abreland@kasowitz.com

Uri A. Itkin (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Telephone: (212) 827-1027
Email: uitkin@akingump.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SUMMIT MOUNTAIN HOLDING GROUP, L.L.C., a Utah Limited Liability Company**,<br><br>Plaintiff,<br><br>vs.<br><br>**SUMMIT VILLAGE DEVELOPMENT LENDER 1, LLC, *et. al***,<br><br>Defendants. | **APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 1:21-cv-00110-DBB-JCB<br><br>District Judge David B. Barlow<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Fed. R. Civ. P. 56 and DUCivR 56-1, Defendant Summit Village Development Lender 1, LLC ("Defendant") respectfully submits this Appendix of Evidence in Support of its Motion for Summary Judgment granting its counterclaim against Plaintiff Summit Mountain Holding Group, L.L.C. ("Plaintiff") on the guaranty and dismissing Plaintiff's claims against Defendant with prejudice.

| Exhibit Number | Description | Source of Document |
|---|---|---|
| 1 | Gregory Mauro Deposition Transcript | Deposition |
| 2 | Term Sheet with AIG | Plaintiff's/Defendants' Production (Deposition of Gregory Mauro Exhibit 2) |
| 3 | Letter of Intent | Plaintiff's/Defendants' Production (Deposition of Gregory Mauro Exhibit 4) |
| 4 | 2015.09.18 Private Placement Memorandum ("PPM") | Plaintiff's/Defendants' Production |
| 5 | 2015.09.20 Class A Management Agreement | Plaintiff's/Defendants' Production |
| 6 | 2015.09.20 Class B Management Agreement | Plaintiff's/Defendants' Production |
| 7 | 2016.05.18 Redline of Loan Agreement | Plaintiff's/Defendants' Production (Deposition of Gregory Mauro Exhibit 12) |
| 8 | 2016.06.14 Redline of Loan Agreement | Plaintiff's/Defendants' Production |
| 9 | 2016.06.28 Loan Agreement | Plaintiff's/Defendants' Production (Deposition of Gregory Mauro Exhibit 15) |
| 10 | 2016.06.28 Guaranty Agreement | Plaintiff's/Defendants' Production (Deposition of Gregory Mauro Exhibit 15) |
| 11 | 2016.06.20 Waiver and Release Agreement | Plaintiff's/Defendants' Production (Deposition of Gregory Mauro Exhibit 15) |
| 12 | 2016.09.23 First Amendment to the Loan Agreement | Plaintiff's/Defendants' Production |
| 13 | 2017.10.31 Second Amendment to the Loan Agreement | Plaintiff's/Defendants' Production |
| 14 | 2018.03.02 Third Amendment to the Loan Agreement | Plaintiff's/Defendants' Production |
| 15 | 2018.05.24 Fourth Amendment to the Loan Agreement | Plaintiff's/Defendants' Production |
| 16 | 2019.01.31 Fifth Amendment to the Loan Agreement | Plaintiff's/Defendants' Production |

| 17 | 2017.10.31 Amended and Restated Guaranty Agreement | Plaintiff's/Defendants' Production (Deposition of Gregory Mauro Exhibit 17) |
|---|---|---|
| 18 | 2016.08.24 Amended and Restated PPM | Plaintiff's/Defendants' Production (Deposition of Gregory Mauro Exhibit 19) |
| 19 | 2020.02.01 Email indicating Total Amounts of Draws | Plaintiff's/Defendants' Production |
| 20 | 2020.01.06 Email Chain Discussing Loss of TEA Designation | Plaintiff's/Defendants' Production |
| 21 | 2020.06.29 Letter from Mulreed to Lenders | Plaintiff's/Defendants' Production |
| 22 | 2020.09.11 Pre-Default Notice regarding Fees Owed | Plaintiff's/Defendants' Production |
| 23 | 2020.09.11 Pre-Default Notice Regarding Loan in Balance | Plaintiff's/Defendants' Production |
| 24 | 2020.11.02 Pre-Negotiation Agreement | Plaintiff's/Defendants' Production |
| 25 | 2021.07.06 Notice of Default | Plaintiff's/Defendants' Production |
| 26 | Deed of Trust | Plaintiff's/Defendants' Production |
| 27 | Syndication and Co-Lender Agreement | Plaintiff's/Defendants' Production |
| 28 | Excerpt of LENDERS_0000070 | Plaintiff's/Defendants' Production |

4881-8585-0023