# EXHIBIT 19

| From: | Celona Backoffice Services Group 3 <boffice3@celonacapital.com> |
|---|---|
| Sent: | Saturday, February 1, 2020 6:28 AM |
| To: | dfinkelstein@eb5aig.com; jacqueline@eb5aig.com |
| Cc: | James Yuan <james.yuan@cottonwoodmgmt.com>; Tang Tang <tang@ktcapitalgroup.com>; Jeffrey Cheung <jeffrey@celonacapital.com> |
| Subject: | Summit Village Development Lender 1, LLC - Disbursement of Draw#17 |

Hi David and Jacqueline,

The 17th draw amount under the EB-5 Loan totaled US$295,866.59 was disbursed on Jan 31, 2020.

Please also see the summary below for your reference.

|   | Draw date | Draw amt SVDL1 US$ | Draw amt GCDH3 US$ | Total US$ |
|---|---|---|---|---|
| 1 | 28/07/2016 | 965,576.35 | - | 965,576.35 |
| 2 | 17/08/2016 | 1,534,423.65 | - | 1,534,423.65 |
| 3 | 21/11/2016 | 1,500,000.00 | - | 1,500,000.00 |
| 4 | 04/01/2017 | 1,000,000.00 | - | 1,000,000.00 |
| 5 | 31/01/2017 | 2,000,000.00 | - | 2,000,000.00 |
| 6 | 01/03/2017 | 1,500,000.00 | - | 1,500,000.00 |
| 7 | 03/05/2017 | 1,500,000.00 | - | 1,500,000.00 |
| 8 | 20/06/2017 | 2,000,000.00 | - | 2,000,000.00 |
| 9 | 17/07/2017 | 3,000,000.00 | - | 3,000,000.00 |
| 10 | 01/11/2017 | 1,500,000.00 | - | 1,500,000.00 |
| 11 | 02/03/2018 | - | 6,644,275.88 | 6,644,275.88 |
| 12 | 24/05/2018 | - | 6,914,877.14 | 6,914,877.14 |
| 13 | 01/10/2018 | - | 4,062,652.40 | 4,062,652.40 |
| 14 | 31/01/2019 | 1,182,593.01 | 1,878,194.58 | 3,060,787.59 |
| 15 | 05/04/2019 | 2,326,601.10 | - | 2,326,601.10 |
| 16 | 13/11/2019 | 2,194,939.30 | - | 2,194,939.30 |
| 17 | 31/01/2020 | 295,866.59 | - | 295,866.59 |
|   |   | 22,500,000.00 | 19,500,000.00 | 42,000,000.00 |

**Best regards,**
**Backoffice Services Group 3**
Celona Asset Management (USA) Limited
Tel: +852 2804-2282
Fax: +852 2264-3700
Email: boffice3@celonacapital.com

Please consider the environment before printing this email
_____

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Celona Asset Management (USA) Limited, its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Celona Asset Management (USA) Limited, its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.