# EXHIBIT 20

| From: | Tang Tang <tang@ktcapitalgroup.com> |
|---|---|
| Sent: | Monday, January 6, 2020 5:57 PM |
| To: | James Yuan <james.yuan@cottonwoodmgmt.com> |
| Cc: | Shaun Mulreed <smulreed@powdermountain.com>; david.shlomi <david.shlomi@cottonwoodmgmt.com>; Cobalt Stromberg <Cstromberg@powdermountain.com> |
| Subject: | Re: Disbursement and Invoice |

Yes, without the TEA it will be very tough.

I think the TEA is something that we should work on however, I have heard rumors that some other projects have been able to get some kind of special assurances due to rural nature. If Summit Powder Mountain can get such an assurance it would probably be fairly popular in the market.

**Tang T.**

**KT Capital Group**
Los Angeles, CA, 90071
**www.ktcapitalgroup.com | www.usrcgroup.com**
206-501-3328 x 102

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. The information contained in this email is intended to be general in nature and should not be construed or relied upon as legal, immigration or investment advice for any specific person or situation. Any comments or statements made herein do not necessarily reflect those of KT Capital Group, LLC, its subsidiaries and affiliates. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.

On Mon, Jan 6, 2020 at 2:49 PM, James Yuan <james.yuan@cottonwoodmgmt.com> wrote:
> I think that's correct. Investors would have to invest $1.8MM without a TEA designation - we view that as being highly unlikely.
>
> Tang, please weigh in if this is not correct.
>
> **James Yuan CFA**
> Cottonwood Group
> O (626) 788-2305 x 160 M (314) 398-9994
>
> EchelonSeaport by Cottonwood - Best All-In-One Residence, Best New Building of 2018, New Development of the Year, and Developer of the Year
>
> The copyright in this communication belongs to Cottonwood Group. It is subject to important disclaimers available at: http://cottonwoodmgmt.com/disclosure/email

On Mon, Jan 6, 2020 at 2:47 PM Shaun Mulreed <smulreed@powdermountain.com> wrote:
> James - am I correctly understanding you that we should assume that no further funds will be available unless we are able to obtain a new TEA designation?
>
> Thanks,
> Shaun
>
>> **From:** James Yuan <james.yuan@cottonwoodmgmt.com>
>> **Sent:** Monday, January 6, 2020 3:45 PM
>> **To:** Shaun Mulreed <smulreed@powdermountain.com>
>> **Cc:** david.shlomi <david.shlomi@cottonwoodmgmt.com>; Tang <tang@ktcapitalgroup.com>; Cobalt Stromberg <Cstromberg@powdermountain.com>
>> **Subject:** Re: Disbursement and Invoice
>> Hi Shaun, please see below in BLUE.
>>
>> James - can you please confirm that the Class B management fee is $161,513.38 (want to confirm that we're looking at the right cell in that calculation) correct and that the fee total is $329,727.25 (excluding Fulcrum)? There's an intermediary fee from the GCDH3 Lender that has not been captured yet. I should have that over by tomorrow. We can pay those fees anytime, but my Board typically asks for an update on draw status before we release the funds.
>>
>> Unfortunately, I am fairly booked today, but I am available tomorrow from 2pm-5pm PT. I'll pencil in 3PM PT for now. Should be fairly quick.
>>
>> Are any additional funds available in the account since we submitted the draw? If so, I would think we could easily increase the draw up to the amount of already earned management fees without requiring any further work from Celona or Fulcrum. Unfortunately not. Given the loss of TEA designation, there will be no more new EB-5 funds. Timing of funds in the EB-5 escrow is murky.
>>
>> **James Yuan CFA**
>> Cottonwood Group
>> O (626) 788-2305 x 160 M (314) 398-9994
>>
>> EchelonSeaport by Cottonwood - Best All-In-One Residence, Best New Building of 2018, New Development of the Year, and Developer of the Year

CONFIDENTIAL INFORMATION

The copyright in this communication belongs to Cottonwood Group. It is subject to important disclaimers available at:
http://cottonwoodmgmt.com/disclosure/email

On Mon, Jan 6, 2020 at 2:25 PM Shaun Mulreed <smulreed@powdermountain.com> wrote:

James - can you please confirm that the Class B management fee is $161,513.38 (want to confirm that we're looking at the right cell in that calculation) and that the fee total is $329.727.25 (excluding Fulcrum)? We can pay those fees anytime, but my Board typically asks for an update on draw status before we release the funds.

Unfortunately, I am fairly booked today, but I am available tomorrow from 2pm-5pm PT.

Are any additional funds available in the account since we submitted the draw? If so, I would think we could easily increase the draw up to the amount of already earned management fees without requiring any further work from Celona or Fulcrum.

Best,
Shaun

**From:** James Yuan <james.yuan@cottonwoodmgmt.com>
**Sent:** Monday, January 6, 2020 2:22 PM
**To:** Shaun Mulreed <smulreed@powdermountain.com>
**Cc:** david.shlomi <david.shlomi@cottonwoodmgmt.com>; Tang <tang@ktcapitalgroup.com>
**Subject:** Disbursement and Invoice

Hi Shaun,

Hope this finds you well. Wanted to close the loop on the next disbursement. As a condition precedent, we will need all outstanding invoices to be paid. This invoices are in the Box folder that I've shared with you in the past (https://cottonwoodmgmt.app.box.com/folder/92635216527).

Can you please confirm if these can all be remitted by this week?

Separately, do you have time this afternoon or tomorrow afternoon to touch base on the Project? Wanted to catch up on the appraisal, collateral release, and lot availability map among other things.

Thanks,
James

**James Yuan CFA**
Cottonwood Group
O (626) 788-2305 x 160 M (314) 398-9994

EchelonSeaport by Cottonwood - Best All-In-One Residence, Best New Building of 2018, New Development of the Year, and Developer of the Year

The copyright in this communication belongs to Cottonwood Group. It is subject to important disclaimers available at:
http://cottonwoodmgmt.com/disclosure/email

CONFIDENTIAL INFORMATION