# EXHIBIT 21



Shaun Mulreed
CFO
Powder Mountain
3923 N. Wolf Creek Drive
Eden, Utah 84310

(619) 804-8571

Smulreed@powdermountain.com

June 29, 2020

Summit Village Development Lender 1, LLC
c/o Cottonwood Management
333 S. Hope Street
Los Angeles, CA 90071

Re:   Fee Deferral

SMHG Village Development LLC ("Borrower") is writing to request deferral of all EB-5 fees through loan maturity. While Q419 and Q120 saw the development of a strong sales pipeline, the Borrower's sales process typically involves building demand in the peak season (Dec - Mar) and follow-up visits with architects, builders, etc. in the spring and early summer months. As COVID has resulted in a severe drop off in travel, we have been unable to harvest the sales leads generated during the 2019/2020 season. However, we are confident that we will be able to harvest the existing prospects and benefit from an increasing flight to rural communities that is occurring as a result of COVID when travel rates return to normal.

We believe that avoiding a loan default as a result of non-payment of fees will be essential to protecting the value of the collateral and our ability to enhance that value. We are actively pursuing development partnerships with vertical developers per our prior conversations. It will be essential that we are able to represent that we are not in default under the EB-5 loan as we work through the process with those development partners. Accordingly, we believe that this forbearance requests is in the Lenders' best interest.

In addition, as we are aware that the Lenders were looking for some material concessions from SMHG Village Development in connection with the release of parcel 2C, we are willing to withdraw that request for the time being.

Sincerely,

SMHG Village Development LLC

By: _____
Name: **Shaun Mulreed**
Title:   Authorized Signatory

Cc:   Gary Derck – SPM
      Greg Mauro – SPM

CONFIDENTIAL INFORMATION                                                                                           SMHG093295