# EXHIBIT 22

# SUMMIT VILLAGE DEVELOPMENT LENDER 1, LLC
# GRAND CANYON DEVELOPMENT HOLDINGS 3 LLC

c/o Celona Asset Management (USA) Limited
Unit 503, Lippo Centre Tower 2,
89 Queensway, Admiralty
Hong Kong SAR

September 11, 2020

**VIA EMAIL AND FIRST CLASS MAIL**
SMHG VILLAGE DEVELOPMENT LLC, Borrower
c/o Summit Mountain Holding Group, LLC
Attention: Gregory Mauro and Elliott Bisnow
3923 N. Wolf Creek Drive
Eden, Utah 84310

SUMMIT MOUNTAIN HOLDING GROUP, LLC
SUMMIT REVOLUTION, LLC
Guarantors and Indemnitor
3923 N. Wolf Creek Drive
Eden, Utah 84310

## PRE-NOTICE OF DEFAULT

| | | |
|---|---|---|
| Re: | Borrower Name: | SMHG VILLAGE DEVELOPMENT LLC ("Borrower") |
| | Lender Names: | Summit Village Development Lender 1, LLC ("SVDL1") and Grand Canyon Development Holdings 3 LLC ("GCDH3", and together, the "Lenders") |
| | Property: | Certain Portions of the Summit Village Project, Weber County, Utah ("Property") |
| | Reimbursement Agreements: | That certain finder reimbursement agreement, dated September 18, 2015, by and between SVDL1 and the Borrower regarding Borrower's obligation to reimburse SVDL1 for certain costs and expenses incurred in connection with the introduction of EB-5 Investors to SVDL1. |
| | | That certain finder reimbursement agreement, dated March 2, 2018, by and between GCDH3 the Borrower regarding Borrower's obligation to reimburse GCDH3 for certain costs and expenses incurred in connection with the introduction of EB-5 Investors to |

US_Active\115432989\V-1

CONFIDENTIAL INFORMATION                                                                 SMHG102400

SMHG Village Development LLC et al
September 11, 2020
Page 2

|  |  |
|---|---|
|  | GCDH3. |
|  | That certain manager reimbursement agreement, dated September 20, 2015 by and between SVDL1 and Borrower regarding Borrower's obligation to reimburse SVDL1 for certain fees payable by SVDL1 to its Class B Manager. |
| Loan Description: | That certain Loan Agreement, dated as of June 28, 2016, as amended pursuant to the First Amendment to Loan Agreement, etc., dated as of September 23, 2016, and the Second Amendment to Loan Agreement, etc., dated as of October 31, 2017, as further amended by Borrower, Lender, and Additional Lender pursuant to the Third Amendment to Loan Agreement, etc., dated as of March 2, 2018, and the Fourth Amendment to Loan Agreement, etc., dated as of May 24, 2018, and the Fifth Amendment to Loan Agreement, etc., dated as of January 31, 2019 (as so amended, and together with any other amendments, modifications, etc., the "Loan Agreement"), whereby Lenders have agreed to make available  secured loans (the "Mortgage Loan") to Borrower up to the aggregate principal amount of $120,000,000.00, evidenced by the Notes. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Loan Agreement. |

Dear Borrower, Guarantors, and Indemnitor:

SVDL1 and GCDH3 are the obligees of the above-referenced Reimbursement Agreements. Furthermore, SVDL1 and GCDH3 are the current owners and holders of the above-referenced Mortgage Loan evidenced, secured and governed by various documents (the "Loan Documents") including, but not limited to, those described in Exhibit A to this letter and made with respect to the above-referenced Property. For the avoidance of doubt, the Reimbursement Agreements are also part of the Loan Documents. All terms not otherwise defined shall have the meaning set forth in the Reimbursement Agreements and/or the Loan Agreement.

As of the date of this Pre-Notice of Default, Borrower, Guarantors, and Indemnitor have failed to comply its obligations under the Reimbursement Agreements, and also, its obligations under the Loan Agreement, including but not limited to the following:  the Borrower has failed to reimburse the respective Lenders and pay various MDRA and Class B Management Fees pursuant to Section 1 of the respective Reimbursement Agreements and Sections 7.1 to 7.3 of the Loan Agreement and such amounts are now owed and outstanding.

US_Active\115432989\V-1

CONFIDENTIAL INFORMATION                    SMHG102401

SMHG Village Development LLC et al
September 11, 2020
Page 3

If Borrower, Guarantors, and Indemnitor have not evidenced their compliance with these loan covenants within thirty (30) days of the date of delivery of this letter, the Lenders will send formal Event of Default notices, as applicable, and will commence enforcement of its rights and remedies under the Loan Documents and Guarantees.

This Pre-Notice of Default does not: (1) operate as a waiver of any right, remedy, power or privilege of the Lenders under any of the Loan Documents, (2) prejudice or preclude any other or further exercise of rights, remedies, powers or privileges of the Lenders under any of the Loan Documents, (3) entitle you to any other notice or demand whatsoever, or (4) in any way modify, impair, or release any of your liabilities under or pursuant to any of the Loan Documents or any other liability that you have to the Lenders. This Pre-Notice of Default does not purport to contain a complete or exhaustive list of potential or actual Events of Default or defaults.

Furthermore, no delay by Lenders in enforcing their rights and remedies under the Loan Documents and/or acceptance from time to time by Lenders of any payments on account of the obligations owed by Borrower, Guarantors, and Indemnitor to Lenders shall, in anyway, constitute or act as: (a) a rescission or waiver of the Event(s) of Default described in this Pre-Notice of Default or otherwise, (b) modification of any of the Loan Documents, or (c) an accord or satisfaction with respect to the entire amount of the obligations due under the Mortgage Loan and other Loan Documents.

Very Truly Yours,


**Summit Village Development Lender 1, LLC**
By:   Celona Asset Management (USA)
      Limited, its Class B Manager

By:   _____
Name: Max Huang
Title: Authorized Signatory


**Grand Canyon Development Holdings 3 LLC**
By:   Celona Asset Management (USA)
      Limited, its Class B Manager

By:   _____
Name: Max Huang
Title: Authorized Signatory

US_Active\115432989\V-1

CONFIDENTIAL INFORMATION                                                                                              SMHG102402

SMHG Village Development LLC et al
September 11, 2020
Page 4

**EXHIBIT A**

1. Loan Agreement, dated as of June 28, 2016.
2. First Amendment to Loan Agreement, etc., dated as of September 23, 2016.
3. Second Amendment to Loan Agreement, etc., dated as of October 31, 2017.
4. Third Amendment to Loan Agreement, etc., dated as of March 2, 2018.
5. Fourth Amendment to Loan Agreement, etc., dated as of May 24, 2018.
6. Fifth Amendment to Loan Agreement, etc., dated as of January 31, 2019.
7. Recourse Indemnity Agreement dated as of June 28, 2016.
8. Replacement Promissory Note in the original principal amount of up to $100,500,000.00, dated as of March 2, 2018, in favor of Summit Village Development Lender 1, LLC.
9. Replacement Promissory Note in the original principal amount of up to $19,500,000.00, dated as of March 2, 2018, in favor of Grand Canyon Development Holdings 3 LLC.
10. Deed of Trust dated as of June 28, 2016 and recorded in the Official Records of County, Utah as Document No. 2805975, as has been amended from time to time.
11. Amended and Restated Deed of Trust dated as of October 31, 2017 and recorded in the Official Records of County, Utah as Document No. 2887510, as has been amended from time to time.
12. Second Amended and Rested Deed of Trust dated as of March 2, 2018 and recorded in the Official Records of County, Utah as Document No. 2907843, as has been amended from time to time.
13. Third Amended and Rested Deed of Trust dated as of May 24, 2018 and recorded in the Official Records of County, Utah as Document No. 2907843, as has been amended from time to time.
14. Fourth Deed of Trust dated as of January 31, 2019 and recorded in the Official Records of County, Utah as Document No. 2963667, as has been amended from time to time.
15. Pledge of Accounts, dated as of March 2, 2018.
16. Environmental Indemnity Agreement, dated as of June 28, 2016.
17. Early Release Guaranty, dated as of September 18, 2015.
18. Amended and Restated Guaranty dated as of October 31, 2017.
19. Finder Reimbursement Agreement dated as of September 18, 2015.
20. Finder Reimbursement Agremeent dated as of March 2, 2018.
21. Manager Reimbursement Agreement dated as of September 20, 2015.
22. All other loan documents executed in connection with the Loan Agreement, as each may have been amended, restated, supplemented or otherwise modified from time to time.

US_Active\115432989\V-1

CONFIDENTIAL INFORMATION                                                                                         SMHG102403