# EXHIBIT 23

**SUMMIT VILLAGE DEVELOPMENT LENDER 1, LLC**
**GRAND CANYON DEVELOPMENT HOLDINGS 3 LLC**
c/o Celona Asset Management (USA) Limited
Unit 503, Lippo Centre Tower 2,
89 Queensway, Admiralty
Hong Kong SAR

September 11, 2020

**VIA EMAIL AND FIRST CLASS MAIL**
SMHG VILLAGE DEVELOPMENT LLC, Borrower
c/o Summit Mountain Holding Group, LLC
Attention: Gregory Mauro and Elliott Bisnow
3923 N. Wolf Creek Drive
Eden, Utah 84310

SUMMIT MOUNTAIN HOLDING GROUP, LLC
SUMMIT REVOLUTION, LLC
Guarantors and Indemnitor
3923 N. Wolf Creek Drive
Eden, Utah 84310

**PRE-NOTICE OF DEFAULT**

| | | |
|---|---|---|
| Re: | Borrower Name: | SMHG VILLAGE DEVELOPMENT LLC ("Borrower") |
| | Property: | Certain Portions of the Summit Village Project, Weber County, Utah ("Property") |
| | Loan Description: | That certain Loan Agreement, dated as of June 28, 2016, as amended pursuant to the First Amendment to Loan Agreement, etc., dated as of September 23, 2016, and the Second Amendment to Loan Agreement, etc., dated as of October 31, 2017, as further amended by Borrower, Lender, and Additional Lender pursuant to the Third Amendment to Loan Agreement, etc., dated as of March 2, 2018, and the Fourth Amendment to Loan Agreement, etc., dated as of May 24, 2018, and the Fifth Amendment to Loan Agreement, etc., dated as of January 31, 2019 (as so amended, and together with any other amendments, modifications, etc., the "Loan Agreement"), whereby Lenders have agreed to make available secured loans (the "Mortgage Loan") to Borrower up to the aggregate principal amount of $120,000,000.00, evidenced by the Notes. Capitalized terms used |

US_Active\115433000\V-1

CONFIDENTIAL INFORMATION                                           SMHG102404

SMHG Village Development LLC et al
September 11, 2020
Page 2

but not defined herein shall have the meanings ascribed to such terms in the Loan Agreement.

Dear Borrower, Guarantors, and Indemnitor:

Summit Village Development Lender 1, LLC and Grand Canyon Development Holdings 3 LLC (the "Lenders") are the current owners and holders of the above-referenced Mortgage Loan evidenced, secured and governed by various documents (the "Loan Documents") including, but not limited to, those described in Exhibit A to this letter and made with respect to the above-referenced Property.

The Loan Documents were extensively modified on multiple occasions as referenced above. All terms not otherwise defined shall have the meaning set forth in the Loan Agreement.

As of the date of this Pre-Notice of Default, Borrower, Guarantors, and Indemnitor have not complied with certain loan covenants, including but not limited to the following: (i) the Mortgage Loan is out of balance, pursuant to Section 5.17 of the Loan Agreement, and Borrower will be obligated to deposit a Deficiency Deposit in the amount of at least $51,262,357.00 into the Borrower Deposit Account to satisfy the loan imbalance (see Exhibit B to this letter) unless evidence of funding in accordance with the Loan Agreement is otherwise provided; (ii) the Borrower has failed to reimburse $15,000.00 of the Construction Consultant's fees pursuant to Section 5.15; (iii) the Borrower has failed to deliver to Lenders Borrower's 2019 Audited Financials pursuant to Section 5.21, and (iv) the Borrower has not proceeded with construction in accordance with the latest approved schedule and the Construction of improvements has been discontinued for a period of more than thirty consecutive days pursuant to Section 5.1.

If Borrower, Guarantors, and Indemnitor have not evidenced their compliance with these loan covenants within thirty (30) days of the date of delivery of this letter, the Lenders will send formal Event of Default notices, as applicable, and will commence enforcement of its rights and remedies under the Loan Documents and Guarantees.

This Pre-Notice of Default does not: (1) operate as a waiver of any right, remedy, power or privilege of the Lenders under any of the Loan Documents, (2) prejudice or preclude any other or further exercise of rights, remedies, powers or privileges of the Lenders under any of the Loan Documents, (3) entitle you to any other notice or demand whatsoever, or (4) in any way modify, impair, or release any of your liabilities under or pursuant to any of the Loan Documents or any other liability that you have to the Lenders. This Pre-Notice of Default does not purport to contain a complete or exhaustive list of potential or actual Events of Default or defaults.

US_Active\115433000\V-1

CONFIDENTIAL INFORMATION                                                                                       SMHG102405

SMHG Village Development LLC et al
September 11, 2020
Page 3

Furthermore, no delay by Lenders in enforcing their rights and remedies under the Loan Documents and/or acceptance from time to time by Lenders of any payments on account of the obligations owed by Borrower, Guarantors, and Indemnitor to Lenders shall, in anyway, constitute or act as: (a) a rescission or waiver of the Event(s) of Default described in this Pre-Notice of Default or otherwise, (b) modification of any of the Loan Documents, or (c) an accord or satisfaction with respect to the entire amount of the obligations due under the Mortgage Loan and other Loan Documents.

Very Truly Yours,

**Summit Village Development Lender 1, LLC**
By:   Celona Asset Management (USA)
       Limited, its Class B Manager

By: _[signature]_
Name: Max Huang
Title: Authorized Signatory

**Grand Canyon Development Holdings 3 LLC**
By:   Celona Asset Management (USA)
       Limited, its Class B Manager

By: _[signature]_
Name: Max Huang
Title: Authorized Signatory

US_Active\115433000\V-1

CONFIDENTIAL INFORMATION                                            SMHG102406

SMHG Village Development LLC et al
September 11, 2020
Page 4

# EXHIBIT A

1. Loan Agreement, dated as of June 28, 2016.
2. First Amendment to Loan Agreement, etc., dated as of September 23, 2016.
3. Second Amendment to Loan Agreement, etc., dated as of October 31, 2017.
4. Third Amendment to Loan Agreement, etc., dated as of March 2, 2018.
5. Fourth Amendment to Loan Agreement, etc., dated as of May 24, 2018.
6. Fifth Amendment to Loan Agreement, etc., dated as of January 31, 2019.
7. Recourse Indemnity Agreement dated as of June 28, 2016.
8. Replacement Promissory Note in the original principal amount of up to $100,500,000.00, dated as of March 2, 2018, in favor of Summit Village Development Lender 1, LLC.
9. Replacement Promissory Note in the original principal amount of up to $19,500,000.00, dated as of March 2, 2018, in favor of Grand Canyon Development Holdings 3 LLC.
10. Deed of Trust dated as of June 28, 2016 and recorded in the Official Records of County, Utah as Document No. 2805975, as has been amended from time to time.
11. Amended and Restated Deed of Trust dated as of October 31, 2017 and recorded in the Official Records of County, Utah as Document No. 2887510, as has been amended from time to time.
12. Second Amended and Rested Deed of Trust dated as of March 2, 2018 and recorded in the Official Records of County, Utah as Document No. 2907843, as has been amended from time to time.
13. Third Amended and Rested Deed of Trust dated as of May 24, 2018 and recorded in the Official Records of County, Utah as Document No. 2907843, as has been amended from time to time.
14. Fourth Deed of Trust dated as of January 31, 2019 and recorded in the Official Records of County, Utah as Document No. 2963667, as has been amended from time to time.
15. Pledge of Accounts, dated as of March 2, 2018.
16. Environmental Indemnity Agreement, dated as of June 28, 2016.
17. Early Release Guaranty, dated as of September 18, 2015.
18. Amended and Restated Guaranty dated as of October 31, 2017.
19. Finder Reimbursement Agreement dated as of September 18, 2015.
20. Finder Reimbursement Agremeent dated as of March 2, 2018.
21. Manager Reimbursement Agreement dated as of September 20, 2015.
22. All other loan documents executed in connection with the Loan Agreement, as each may have been amended, restated, supplemented or otherwise modified from time to time.

US_Active\115433000\V-1

CONFIDENTIAL INFORMATION                                                     SMHG102407

SMHG Village Development LLC et al
September 11, 2020
Page 5

**EXHIBIT B**

| Category | Amount |
|---|---|
| Borrower's Equity Requirement | $87,192,584.00 (1) |
| Less: Land Contribution | $29,000,000 |
| Less: JV Sales Proceeds | $3,615,003 |
| Less: Borrower Equity Contributed to Date | $3,315,224 |
| **Deficiency Deposit:** | **$51,262,357** |

(1) or such greater amount as is required to cause the loan to be "in balance" pursuant to Section 5.17 of the Loan Agreement

US_Active\115433000\V-1

CONFIDENTIAL INFORMATION                                    SMHG102408