# EXHIBIT 28

| | Approved Budget (A) | Change (B-A) | Current Budget (B) | Spent (C) | Funds Used (C)/(B) | Remaining (B-C) |
|---|---|---|---|---|---|---|
| **Sources of Funds** | | | | | | |
| Loan | 120,000,000 | - | 120,000,000 | 42,000,000 | 35.0% | 78,000,000 |
| Lender | 100,500,000 | - | 100,500,000 | 22,500,000 | | |
| Co-Lender | 19,500,000 | - | 19,500,000 | 19,500,000 | | |
| Land Contribution | 29,000,000 | - | 29,000,000 | 29,000,000 | 100.0% | - |
| Sales Deposit | 12,660,340 | - | 12,660,340 | - | 0.0% | 12,660,340 |
| JV Sales Proceeds | 28,832,244 | - | 28,832,244 | 3,615,003 | 12.5% | 25,217,241 |
| TIF Bond | 16,700,000 | - | 16,700,000 | - | 0.0% | 16,700,000 |
| Founder Equity | - | - | - | 2,409,694 | | (2,409,694) |
| **Total Sources of Funds** | **207,192,584** | **-** | **207,192,584** | **77,024,697** | **37.2%** | **130,167,887** |
| **Use of Funds** | | | | | | |
| Land Costs | 29,000,000 | - | 29,000,000 | 29,000,000 | 100.0% | - |
| **Village Vertical Hard Costs** | | | | | | |
| General Conditions | 4,715,920 | - | 4,715,920 | - | 0.0% | 4,715,920 |
| Hard Costs | 46,802,710 | - | 46,802,710 | - | 0.0% | 46,802,710 |
| Permits, Insurances, Contingency, Fee | 8,412,912 | - | 8,412,912 | - | 0.0% | 8,412,912 |
| Site Work | 7,977,282 | - | 7,977,282 | 6,501,974 | 81.5% | 1,475,308 |
| **Total Village Vertical Hard Costs** | **67,908,824** | **-** | **67,908,824** | **6,501,974** | **9.6%** | **61,406,850** |
| **Infrastructure and Lodges/Event Space/Contingency** | | | | | | |
| Ski Lifts | 8,900,000 | - | 8,900,000 | 5,757,788 | 64.7% | 3,142,212 |
| Roads/Water/Sewer - Drawable | 10,910,706 | 266,389 | 11,177,095 | 11,177,095 | 100.0% | - |
| Roads/Water/Sewer - Weber County SA Bond Allocation Paid with JV Proceeds (2) | 7,148,900 | - | 7,148,900 | 2,002,233 | 28.0% | 5,146,667 |
| Lodges & Event Space (Direct Cost) | 13,808,884 | - | 13,808,884 | 3,136,042 | 22.7% | 10,672,842 |
| Hard Cost Contingency | 6,099,540 | (266,389) | 5,833,151 | 126,944 | 2.2% | 5,706,208 |
| **Total Infrastructure and Lodges/Event Space/Contingency Costs** | **46,868,030** | **-** | **46,868,030** | **22,200,102** | **47.4%** | **24,667,928** |
| **Soft Costs and Interest** | | | | | | |
| Management Fee and Overhead | 6,210,000 | - | 6,210,000 | 2,952,526 | 47.5% | 3,257,474 |
| Permits, Fees, and Assessments | 1,163,010 | - | 1,163,010 | 686,143 | 59.0% | 476,867 |
| Legal | 3,000,000 | - | 3,000,000 | 2,415,848 | 80.5% | 584,152 |
| Marketing | 6,300,000 | - | 6,300,000 | 120,085 | 1.9% | 6,179,915 |
| Insurance | 1,427,331 | - | 1,427,331 | - | 0.0% | 1,427,331 |
| Developer Fee | 4,649,769 | - | 4,649,769 | 2,210,719 | 47.5% | 2,439,050 |
| Soft Cost Contingency | 6,099,540 | - | 6,099,540 | 122,101 | 2.0% | 5,977,439 |
| Architect and Engineering | 9,515,162 | - | 9,515,162 | 7,567,922 | 79.5% | 1,947,239 |
| Pre-Opening Expenses & Cmrcl. FF&E | 1,100,000 | - | 1,100,000 | - | 0.0% | 1,100,000 |
| Financing Costs | 23,950,920 | - | 23,950,920 | 3,247,277 | 13.6% | 20,703,643 |
| **Total Soft Costs and Interest** | **63,415,731** | **-** | **63,415,731** | **19,322,622** | **30.5%** | **44,093,109** |
| **Total Uses of Funds** | **207,192,585** | **-** | **207,192,585** | **77,024,697** | **37.2%** | **130,167,887** |